UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.         Civil No. 08-mc-76-SM

<u>Gregg E. Chase</u>

<u>O R D E R</u>

   I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 2, 2008, no objection having been filed.  Therefore, Gregg E. Chase is hereby ordered to obey the summonses and that he appear on January 22, 2009 at 11:00 a.m. at 80 Daniel Street, Portsmouth, New Hampshire, before J.L. Shing, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summonses of May 7, 2008.  The government is awarded its costs.

   SO ORDERED.


January  5, 2009        /s/Steven J. McAuliffe
               Steven J. McAuliffe
               Chief Judge

cc: Seth R. Aframe, AUSA
   Gregg E. Chase, pro se